

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2014

No. 04-14-00346-CV

**IN RE SOUTHWEST RESEARCH INSTITUTE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Justice
                  Marialyn Barnard, Justice
                  Luz Elena D. Chapa, Justice

On May 9, 2014, relator Southwest Research Institute filed an emergency petition for writ of mandamus and an emergency motion for temporary stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and the response filed on behalf of the real parties in interest and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion for temporary stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 12th, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2009-CI-07748, styled *Pressure Systems International, Inc. and Equalaire Systems, Inc. v. Southwest Research Institute*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.